# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**WENDY L. MEADE,**

      **Plaintiff,**

vs.                                                     **Case No. 8:09-cv-2027-T-27AEP**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 19) submitted by the Magistrate Judge recommending that the decision of the Commissioner of the United States Social Security Administration denying Plaintiff's application for Social Security disability insurance benefits be reversed and remanded. Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 19) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

1) The decision of the Commissioner is VACATED.

2) Pursuant to sentence four of § 205(g) and §1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g) and 1383(c)(3), this cause is REMANDED for further administrative action consistent with this order and the Report and Recommendation.

3) The Clerk is directed to ENTER JUDGMENT in favor of Plaintiff and CLOSE this case.

**DONE AND ORDERED** this 13th day of January, 2011.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of record